EMPIRE CITY SAVINGS BANK v. ALICE MCGREW and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN GORMLEY and Another.— Preference granted for November 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES F. WHITE & CO., LTD., v. F. COIT JOHNSON, Impleaded, etc.— Motion granted to the extent of extending the time of the defendant Hampton Company to answer the complaint until ten days after service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MABEL SCOTT, as Executrix, etc., of ALEXANDER SCOTT, Deceased, v. HAGOP KEVORKIAN.— Preference granted for November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of BENJAMIN L. GREIF for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TWO RECTOR STREET CORPORATION v. MURRAY BIEN, ALLEN D. EMIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT WEBER, INC., v. COLISEUM CAST STONE CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HANNAH COHN v. ADAMS & CO., INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SHERMAN, as Administrator, etc., of HARRY SHERMAN, Deceased, v. CELIA JOKINSKY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES DRURY and Others v. HENRY L. DOHERTY, as Survivor, etc., and Others. JOHN B. HUTTON, as Domiciliary Receiver, etc., Appellant; RUDOLPH LANGFELDER and Another, as Ancillary Receivers, etc., Respondents.— Motion to dismiss appeals denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAXWELL M. SCHENKEL v. BENJAMIN WALDNER, Defendant, Impleaded with HARRY NEWMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before November 4, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MILDRED KANTOR v. ARISTO HOSIERY CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 25, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

YORKTOWN COURT APARTMENTS, INC., v. ED-JAC REALTY CORPORATION and Others, Impleaded with EIGHTY FORT WASHINGTON AVE., INC.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant procure the records on appeal and appellant's points to be filed so appeals can be argued on or before December 6, 1927, and that the said appeals be argued together. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.